**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-1548**

───────────

MY'KA EL,

        Plaintiff - Appellant,

    v.

R. PRESTON, JR.; M. WILDE; CHARLOTTE MECKLENBURG POLICE DEPARTMENT,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:19-cv-00090-KDB-SCR)

───────────

Submitted:  September 30, 2024               Decided:  October 15, 2024

───────────

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

My'Ka El, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

My'Ka El seeks to appeal the district court's order affirming the magistrate judge's denial of El's motion for joinder, discovery, and appointment of a mediator. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order El seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.[*] Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Although the district court issued its final judgment before we considered this appeal, the doctrine of cumulative finality does not cure the jurisdictional defect. *See Houck v. LifeStore Bank*, 41 F.4th 266, 271 (4th Cir. 2022) (explaining cumulative finality applies only when district court could have certified order for immediate appeal under Fed. R. Civ. P. 54(b)).